ORDERED.

Dated: June 27, 2019

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 6:19-bk-01933-CCJ |
| Carol A. Hertenstein | Chapter 7 |
| Debtor(s). | Judge Cynthia C. Jackson |

### ORDER ON AMENDED MOVANT'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY BECAUSE STATEMENT OF INTENT PROPOSES SURRENDER OF PROPERTY (FIRST LIEN)

THIS CASE came on for consideration without a hearing on JPMorgan Chase Bank, N.A., its successor and assigns (hereinafter "Movant") Amended Motion for Relief from Automatic Stay and Abandonment of Property filed on May 15, 2019 at Docket 13.

Movant filed a motion that requested the Trustee be ordered to abandon his interest in the property described as 2018 Mazda CX-5 bearing a VIN of JM3KFADM0J0422112 pursuant to 11 U.S.C. § 554.

19-013105_EJS1

The objection deadline has passed, and the Trustee has not filed a written objection to the taking of the proposed action.

Therefore, it is ORDERED that the Trustee abandon his interest in the property pursuant to 11 U.S.C. § 554.

Movant's motion also requested relief pursuant to 11 U.S.C. § 362 so that it could accelerate the debt owed by Debtor herein and repossess the property described as 2018 Mazda CX-5 bearing a VIN of JM3KFADM0J0422112 (hereinafter "Collateral"), and otherwise pursue Movant's contractual and state law remedies.

The objection deadline has passed, and the Debtor has not timely filed a written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. § 362, it is ORDERED that the stay that issued in this action is terminated with respect to Movant, its successors and assigns.

The relief granted here permits the creditor to seek and obtain an in rem judgment against the property only and does not permit the creditor to seek or obtain in personam relief against the debtor.

**SO ORDERED.**

Attorney Cynthia David is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of the entry of this order.

19-013105_EJS1